

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-12-00741-CV

In the **INTEREST OF C.D.D**. and I.A.D.

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-11332
Honorable Barbara Hanson Nellermoe, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed:  March 27, 2013

JOINT MOTION TO DISMISS GRANTED; DISMISSED

The parties filed a joint motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(2). Costs of appeal and appellate mediation will be taxed in accordance with the agreement of the parties. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM